JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARBARA BRATTON, | ) | Case No.: CV 12-1235 DSF (DTBx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| U.S. BANK, N.A., etc., et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court, the Honorable Dale S. Fischer, District Judge, presiding, having ordered that the case be dismissed after the filing of motions to dismiss, IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____   1/10/13

_____
Dale S. Fischer
United States District Judge